Rachel M. Dollar (CSB 199977)
rdollar@smithdollar.com
Sherrill A. Oates (CSB 213763)
soates@smithdollar.com
Austin D. Garner (CSB 184022)
SMITH DOLLAR PC
Attorneys at Law
404 Mendocino Avenue, Second Floor
Santa Rosa, California 95401
Telephone:  (707) 522-1100
Facsimile:  (707) 522-1101

Attorneys for Defendant
Homeward Residential, Inc., formerly known as American Home Mortgage Servicing, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT T. PRESSLER and DENISE K. PRESSLER,<br><br>           Plaintiffs,<br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., and DOES 1-10, Inclusive<br><br>           Defendant. | CASE NO.:  C11-06400-CRB<br><br>**STIPULATION AND JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE [L.R. 6-2]**<br><br>Date:  August 30, 2013<br>Time: 8:30 am<br>Dept.: 6<br><br>Judge:    Charles R. Breyer<br><br>Complaint Filed:  November 18, 2011<br>Trial Date:         N/A |

WHEREAS plaintiffs Kurt T. Pressler and Denise K. Pressler (collectively, "Pressler") and defendant AMERICAN HOME MORTGAGE SERVICING ("AHMSI") are the only parties to this proceeding;

WHEREAS the parties have been in negotiation relating to the settlement of this action;

WHEREAS counsel for Pressler is previously scheduled with a matter on August 30, 2013;

WHEREAS as counsel for AHMSI is in the process of transferring the matter to new counsel;

WHEREAS new counsel will require a minimum of thirty days (30) to familiarize itself with the facts and status of the proceeding;

330105



**STIPULATION AND JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

1  WHEREAS the parties desire to continue negotiation;

2  WHEREAS, on August 14, 2013, the Court entered an order that a case management
3  statement be filed in this matter on August 24, 2013. (ECF 34).

4  WHEREAS, the Court ordered that a Case Management Conference be held on August 30,
5  2013.

6  WHEREAS new counsel for AHMSI will be better prepared for the Case Management
7  Conference if the filing of the case management statement is continued to September 27, 2013 and
8  the Case Management Conference is continued to October 4, 2013;

9  WHEREAS the short continuance will afford the parties to continue negotiation of a
10  settlement and participate in the Case Management Conference;

11  WHEREAS there have been no prior continuances of this case management conference;

12  WHEREAS the parties agree they will be in a better position to advise the Court, if a short
13  continuance is allowed;

14  THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD,
15  STIPULATE, AGREE AND MOVE THE COURT AS FOLLOWS:

16  1. That the case management conference presently set for August 30, 2013, be
17      continued to October 33, 2013.
18  2. That the parties file a case management statement on Qevqdgt"6, 2013.
19  SO STIPULATED AND MOVED.

20  Dated: August 22, 2013        /s/ Antonio L. Cortés
21                                 Antonio L. Cortés
                                   Attorneys for Homeward Residential, Inc. formerly
22                                 known as American Home Mortgage Servicing, Inc.

23  Dated: August 22, 2013        /s/ Christopher Lucas
                                   Christopher Lucas
24                                 Attorneys for Kurt T. Pressler and Denise K. Pressler

25
26  [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]
27
28

330105



**STIPULATION AND JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**