AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

KURT T. PRESSLER, DENISE K. PRESSLER
                Plaintiff(s),
V.
AMERICAN HOME MORTGAGE SERVICING
                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C11-06400-CRB

Notice is hereby given that, subject to approval by the court, __SEE ATTACHED__ substitutes
                                                                                (Party(s) Name)

T. Robert Finlay, Esq. , State Bar No. 167280 as counsel of record in
(Name of New Attorney)

place of   Rachel M. Dollar, Sherrill A. Oates, Austin D. Garner, SMITH DOLLAR PC  .
                               (Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Wright, Finlay & Zak, LLP |
| Address: | 4665 MacArthur Court, Suite 280, Newport Beach, CA 92660 |
| Telephone: | (949) 477-5050     Facsimile (949) 477-9200 |
| E-Mail (Optional): | rfinlay@wrightlegal.net |

I consent to the above substitution.
Date: 12/20/2013           Nathan Boucher, Senior Counsel
                                       (Signature of Party(s))

I consent to being substituted.
Date: 8/28/2013
                                       (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 8/30/2013
                                       (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 6, 2014

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Kurt T. Pressler v. American Home Mortgage Servicing, Inc.
United States District Court, Northern District of California Case No. C11-06400-CRB
Consent Order Granting Substitution of Attorney
 Attachment – List of Defendants

---

Homeward Residential, Inc. formerly known as American Home Mortgage Servicing, Inc.

|   |                          |
|---|--------------------------|
| 1 | **PROOF OF SERVICE**     |

2  I, Margaret Augustyniak, declare as follows:

3  I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On January 3, 2014, I served the within **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** on all interested parties in this action as follows:

[ ] by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X] (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ] (BY CERTIFIED MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices, via Certified Mail, Return Receipt Requested.

[ ] (BY PERSONAL SERVICE) I caused personal delivery by ATTORNEY SERVICE of said document(s) to the offices of the addressee(s) as set forth on the attached service list.

[ ] (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[ ] (BY NORCO OVERNITE - NEXT DAY DELIVERY) I placed true and correct copies thereof enclosed in a package designated by Norco Overnite with the delivery fees provided for.

[X] (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[X] (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 3, 2014, at Newport Beach, California.

_____
Margaret Augustyniak

1

**PROOF OF SERVICE**

# SERVICE LIST

Christopher R. Lucas, Esq
GOFORTH & LUCAS
2300 Clayton Road, Ste 1460
Concord, Ca 94520
Tel: (925) 682-9500
Fax: (925) 682-2353
Email: crl@goforthlucas.com
**Attorneys for Plaintiffs**
**Kurt T. Pressler and Denise K. Pressler**

Rachel M. Dollar, Esq
Sherrill A. Oates, Esq
SMITH DOLLAR, PC
404 Mendocino Ave., 2nd Floor
Santa Rosa, Ca 95404
Tel: (707) 522-1100
Fax: (707) 522-1101
**Attorneys for Defendant**
**Homeward Residential, Inc.**